COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-00049-CV

RICHARD HATTOX APPELLANT

V.

RONNIE BLASINGAME APPELLEE

----------

FROM THE 355
TH
 DISTRICT COURT OF HOOD COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Motion To Dismiss Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM

PANEL A: LIVINGSTON, DAUPHINOT, and GARDNER, JJ.

DELIVERED: April 17, 2003

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.